In the Matter of WALTER ADELMAN, Appellant, v MICHAEL A. GARY, Respondent.

Submitted October 22, 2012; decided December 13, 2012

Motion for reargument denied [*see* 19 NY3d 1003 (2012)].

JENNIFER CANGRO, Appellant, v GINA MARIE REITANO, Respondent.

Submitted October 29, 2012; decided December 13, 2012

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

ISRAEL GROSSMAN et al., Appellants, v NEW YORK LIFE INSURANCE COMPANY, Respondent. (And a Third-Party Action.)

Submitted October 15, 2012; decided December 13, 2012

Motion for reargument of motion for leave to appeal denied [*see* 19 NY3d 991 (2012)].

In the Matter of KAYTLIN TT., a Child Alleged to be Permanently Neglected. CORTLAND COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; BETTY SS., Appellant. (Proceeding No. 1.) (And Two Other Related Proceedings.)

Submitted October 15, 2012; decided December 13, 2012

Motion for reargument of motion for leave to appeal denied [*see* 13 NY3d 709 (2009)].